William J. Thomas for use of Reid, Murdoch & Company, Appellee, v. Thomas Stenhouse, Appellant.

Gen. No. 23,803.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 29, 1918.

## Statement of the Case.

Action by William J. Thomas for the use and benefit of Reid, Murdoch & Company, plaintiff, against Thomas Stenhouse, defendant, to recover plaintiff's share of the proceeds of the sale of joint property. From a judgment for plaintiff for $157.05, defendant appeals.

NORMAN K. ANDERSON and BENJAMIN CLARKE, for appellant.

WORTH ALLEN, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

JOINT ADVENTURES, § 8*—*when evidence supports verdict for plaintiff in action to recover share of proceeds of property.* In an action by one of two joint owners of property against the other to recover his proportion of the proceeds of the sale of the joint property, evidence *held* sufficient to support a verdict for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.